**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Darryl LUCKETT, Defendant/Appellant.**

**Darryl LUCKETT, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

Nos. 60626, 62696.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 15, 1993.

Emily N. Blood, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CARL R. GAERTNER, P.J., and CRANE and CRAHAN, JJ.

### ORDER

PER CURIAM.

Luckett appeals his conviction by a jury of second degree murder in violation of § 565.021.1 RSMo 1986 and tampering with physical evidence in violation of § 575.100

RSMo 1986 on which he was sentenced as a prior and persistent offender to life imprisonment and a concurrent term of 10 years imprisonment. Luckett also appeals from an order dismissing his Rule 29.15 motion without an evidentiary hearing for failure to state a claim for relief.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).